# UNITED STATES PROBATION OFFICE
## EASTERN DISTRICT OF NORTH CAROLINA

James L. Corpening, Jr.
Chief U.S. Probation Officer



150 Rowan Street, Suite 110
Fayetteville, NC 28301-5730
910-354-2537
Fax: 910-483-2690

**DATE:** May 22, 2018

**FROM:** Eddie J. Smith
Supervising U.S. Probation Officer

**SUBJECT:** ROBINSON, Craig
Case No.: 7:08-CR-54-1OBO
<u>**Request for Early Termination**</u>

**TO:** Terrence W. Boyle
U.S. District Judge

On November 13, 2008, pursuant to a guilty plea to Conspiracy to Distribute and to Possess With Intent to Distribute More Than 50 Grams of Cocaine Base, Craig Robinson appeared in United States District Court for the Eastern District of North Carolina, and was sentenced to 150 months imprisonment to be followed by 5 years supervised release. On March 6, 2014, pursuant to 18 U.S.C. § 3582(c)(2), imprisonment was reduced to 120 months; and on November 18, 2014, also pursuant to 18 U.S.C. § 3582(c)(2) imprisonment was further reduced to 96 months.

The defendant was released from custody on October 20, 2015, and began supervision in the Eastern District of North Carolina.

He has performed satisfactorily on supervision. He has submitted to DNA testing, all drug screens have been negative, and he has been on low intensity supervision since November 2016. His term of supervised release is set to expire on October 29, 2020.

The probation office is requesting early termination. The U.S. Attorney's Office has been contacted and have no objection to this recommendation. Please indicate the court's preference by marking the appropriate selection below.

☑ I agree with the recommendation and have signed the enclosed Order.
☐ I disagree with the recommendation. I will reconsider in one year.
☐ I disagree with the recommendation. The defendant must serve the entire term of supervision.

_____  5-22-18
Terrence W. Boyle            Date
U.S. District Judge

# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA

v.            Crim. No. 7:08-CR-54-10BO

**CRAIG ROBINSON**

    On October 30, 2015, the above named was released from prison and commenced a term of supervised release for a period of 60 months. The offender has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

                                     I declare under penalty of perjury that the foregoing is true and correct.

                                     /s/ Eddie J. Smith  
                                     Eddie J. Smith  
                                     Supervising U.S. Probation Officer  
                                     150 Rowan Street Suite 110  
                                     Fayetteville, NC 28301  
                                     Phone: 910-354-2537  
                                     Executed On: May 22, 2018

## ORDER OF COURT

    Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this _____ day of May_____, 2018

                                       Terrence W. Boyle  
                                       U.S. District Judge